| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | David Siegel (101355) |
| 2 | DSiegel@irell.com |
|   | Daniel P. Lefler (151253) |
| 3 | DLefler@irell.com |
|   | Caleb J. Bartel (262849) |
| 4 | CBartel@irell.com |
|   | 1800 Avenue of the Stars, Suite 900 |
| 5 | Los Angeles, CA 90067 |
|   | Telephone:  (310) 277-1010 |
| 6 | Facsimile:   (310) 203-7199 |
| 7 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY SCHULEIN and LINDA SCHULEIN, as Trustees of the Schulein Family Trust established March 29, 1989 and governed by agreement dated December 5, 2002; and CHRISTOPHER J. RODENFELS, as Trustee of The Christopher J. Rodenfels 2000 Revocable Trust established May 10, 2000, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PETROLEUM DEVELOPMENT CORPORATION and 2004 MERGER SUB LLC,<br><br>Defendants. | Case No. SACV11-1891-AG(ANX)<br><br>CLASS ACTION<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY**<br><br>Date:   April 2, 2012<br>Time:  10:00 a.m.<br>Ctrm:  10D<br>Judge: Hon. Andrew J. Guilford |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2567708

DEFENDANTS' NOTICE OF MOTION & MOTION
TO DISMISS OR, IN THE, ALTERNATIVE, STAY
(Case No. SACV11-1891-AG (ANX))

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on April 2, 2012, at 10:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Andrew J. Guilford, United States District Judge, located at 411 West Fourth Street, Courtroom 10D, Santa Ana, California, 92701, defendants Petroleum Development Corporation and 2004 Merger Sub LLC ("Defendants") will and hereby do move for an order dismissing all claims alleged in Plaintiffs' Complaint pursuant to Rules 12(b)(1), 12(b)(6), and 8(a)(2) of the Federal Rules of Civil Procedure, as well as West Virginia State law. In the alternative, Defendants will and hereby do move for an order staying this case pending West Virginia appraisal proceedings, pursuant to the discretion of this Court under *Landis v. North American Co.*, 299 U.S. 248 (1936).

The grounds for this motion to dismiss are that the Complaint does not state a claim on which relief can be granted under Section 14(a) of the Securities and Exchange Act, fails to plead facts with the particularity required by the PSLRA, does not allege a claim on which relief can be granted under West Virginia law, and fails to plead proper jurisdiction for the state law claim. The grounds for the alternative motion to stay is that the resolution of the appraisal proceedings is in the interest of judicial economy and may obviate the need for litigation in this Court.

This motion is made based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, the Memorandum of Points and Authorities in support thereof, the Declaration of Caleb J. Bartel and exhibits thereto filed herewith, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider. To the extent the Court does not take Judicial Notice of any of the proffered evidence for purposes of the motion to dismiss the complaint, then such materials are offered in connection with the alternative motion for a stay of proceedings.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2567708

- 1 -

DEFENDANTS' NOTICE OF MOTION & MOTION
TO DISMISS OR, IN THE, ALTERNATIVE, STAY
(Case No. SACV11-1891-AG (ANX))

1   This motion is made following the conference of counsel pursuant to Local
2   Rule 7-3, which took place on Friday, February 3, 2012.  The parties were unable to
3   reach agreement.

Dated:  February 10, 2012         IRELL & MANELLA LLP
                                  David Siegel
                                  Daniel P. Lefler
                                  Caleb J. Bartel


                                  By:  /s/ David Siegel
                                       David Siegel
                                       Attorneys for Defendants

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2567708

- 2 -

DEFENDANTS' NOTICE OF MOTION & MOTION
TO DISMISS OR, IN THE ALTERNATIVE, STAY
(Case No. SACV11-1891-AG (ANX))