# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - ORDER

Case No.:   SACV 11-1891 AG (ANx)                                    Dated: July 10, 2013

Title:   Jeffrey Schulein, et al. v. Petroleum Development Corporation, et al.
==================================================================

Present:  **Hon. Arthur Nakazato, United States Magistrate Judge**
(In Chambers - No Appearances)

| Stephen Ybarra | None |
|---|---|
| Deputy Clerk | CourtSmart Ref. No. |

**Proceedings:**   Defendants' motion to compel [67] ("Motion")

**Rulings:**   The Motion is DENIED for the reasons discussed below.

**Discussion:**

The Court has read and considered the parties' respective papers relating to the Motion, including the Joint Stipulation [68]. The Court finds this matter is appropriate for disposition without a hearing. *See* Fed. R. Civ. P. ("Rule") 78(b), 83(a)(1); Local Rule 7-15. Therefore, the hearing date is vacated and off calendar, and the clerk is directed to notify the parties that no appearances are required.

The Court finds Defendants have not met their burden of showing the disputed requests seek documents containing non-privileged information that is relevant to a party's claim or defense in accordance with Rule 26(b)(1). To the contrary, the Court finds Plaintiffs have met their burden of showing the disputed requests seek information that is irrelevant for the reasons discussed in Plaintiffs' opposing contentions. Accordingly, Plaintiffs' relevancy objections are sustained and the Motion is DENIED.

IT IS SO ORDERED.

cc:   JUDGE GUILFORD
      All Parties                                      Initials of Deputy Clerk shy