MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

THOMAS G. FOLEY, JR. (65812)
tfoley@foleybezek.com
ROBERT A. CURTIS (203870)
JUSTIN P. KARCZAG (223764)
FOLEY BEZEK BEHLE & CURTIS LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

JOHN A. STILLMAN (43731)
jstillman@goodwildman.com
GOOD WILDMAN HEGNESS &
 WALLEY
5000 Campus Drive
Newport Beach, California 92660
Telephone: (949) 955-1100
Facsimile: (949) 833-0633

Attorneys for Plaintiffs

**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY SCHULEIN, et al.,<br><br>Plaintiffs,<br>vs.<br><br>PETROLEUM DEVELOPMENT CORPORATION and DP 2004 MERGER SUB LLC,<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIM | Case No.: SACV 11-1891-AG (ANx)<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING STIPULATED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Discovery Cut-Off: February 20, 2014<br>Pre-Trial Conference: May 5, 2014<br>Trial: May 20, 2014 |

ORDER REGARDING STIPULATED
BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION
Case No. SACV 11-1891-AG (ANx)

1

# ORDER

The Court, having considered the stipulation of the parties, hereby ORDERS that:

1. Plaintiffs' Motion for Class Certification shall be filed on Tuesday, October 15, 2013;
2. Defendants' opposition to Plaintiffs' Motion for Class Certification shall be filed on Monday, November 25, 2013; and
3. Plaintiffs' reply in support of Plaintiffs' Motion for Class Certification shall be filed on Friday, December 20, 2013.

**The continuation of the motion for class certification will not be good cause for continuing the trial date in this matter.**

IT IS SO ORDERED.

Dated: September 30, 2013  _____

Hon. Andrew J. Guilford
United States District Judge

ORDER REGARDING STIPULATED
BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION
Case No. SACV 11-1891-AG (ANx)

2