MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
DAVIDA P. BROOK (275370)
dbrook@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

THOMAS G. FOLEY, JR. (65812)
tfoley@foleybezek.com
JUSTIN P. KARCZAG (223764)
jkarczag@foleybezek.com
FOLEY BEZEK BEHLE & CURTIS LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Fax: (805) 962-0722

Attorneys for Plaintiffs and Counter-Defendant

(See Signature Page for Names and Addresses
of Additional Counsel for Plaintiffs and Counter-Defendant)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY SCHULEIN, et al., <br><br> Plaintiffs, <br> vs. <br><br> PETROLEUM DEVELOPMENT CORPORATION and DP 2004 MERGER SUB LLC, <br><br> Defendants. <br><br> AND RELATED COUNTER CLAIM_ | Case No. SACV 11-1891 AG(ANx) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** <br><br> **Date:** January 6, 2014 <br> **Time:** 10:00 a.m. <br> **Place:** Courtroom 10-D <br> Hon. Andrew J. Guilford <br><br> Discovery Cut-Off: February 20, 2014 <br> Pre-Trial Conference: May 5, 2014 <br> Trial: May 20, 2014 |

2910311v1/012711

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 6, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Hon. Andrew J. Guilford, United States District Judge, at the Ronald Reagan United States Courthouse, located at 411 West Fourth Street, Courtroom 10D, Santa Ana, California 92701, plaintiffs Jeffrey Schulein and Linda Schulein, as Trustees of the Schulein Family Trust, Christopher J. Rodenfels, as Trustee of the Christopher J. Rodenfels 2000 Revocable Trust, Robert H. Barr and Jane S. Barr, as Trustees for the Robert H. and Jane Barr Trust, Christine L. Cox, as Trustee for the Christine L. Cox Trust, Clay A. Cox, as Trustee for the Clay A. Cox Trust, Matthew S. Goldsmith and Katherine M. Goldsmith, as Trustees of the Matthew Shawn Goldsmith and Katherine Mary Goldsmith Living Trust, Timothy McDonald, William J. McDonald and Judith A. McDonald, as Trustees of the William J. and Judith A. McDonald Living Trust, and William J. Wieseler, as Trustee for the William J. Wieseler Trust, will and hereby do move the Court under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure for an order certifying this action as a class action on behalf of all persons and entities who owned limited partnership units in one or more of the following limited partnerships who were cashed out of their limited partnerships units pursuant to merger transactions with defendant DP 2004 Merger Sub LLC:

- PDC 2002-D Limited Partnership,
- PDC 2003-A Limited Partnership,
- PDC 2003-B Limited Partnership,
- PDC 2003-C Limited Partnership,
- PDC 2003-D Limited Partnership,
- PDC 2004-A Limited Partnership,
- PDC 2004-B Limited Partnership,
- PDC 2004-C Limited Partnership,

2910311v1/012711

2

- PDC 2004-D Limited Partnership,
- PDC 2005-A Limited Partnership,
- PDC 2005-B Limited Partnership, and
- Rockies Region Private Limited Partnership,

As set forth in the accompanying memorandum, the proposed Class satisfies all requirements of Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, thereby warranting class certification. The members of the proposed Class are so numerous that joinder of all members is impracticable, common questions of law and fact exist, plaintiffs' claims are typical of the claims of the Class, plaintiffs and their counsel will fairly and adequately represent the Class, common questions predominate, and a class action is superior to individual actions. Plaintiffs meet all the requirements for appointment as class representatives.

Additionally, plaintiffs move for an order appointing Marc M. Seltzer of Susman Godfrey L.L.P., Thomas G. Foley of Foley Bezek Behle & Curtis LLP, and John Stillman of Good Wildman Hegness & Walley as Class Counsel in this action. As set forth in the accompanying memorandum, plaintiffs' counsel meet each of the requirements for appointment and F.R. Civ. P. 23(g).

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and the Declaration of Marc M. Seltzer, and the [Proposed] Order lodged concurrently herewith, and such other materials as may be presented before or during the hearing on this motion, and any other evidence and argument the Court may consider.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on September 27, 2013, at which time counsel agreed in writing to a stipulated briefing schedule for this motion. The Court approved the parties' stipulation on September 30, 2013. *See* Order re Stipulated Briefing Schedule for Plaintiffs' Motion for Class Certification. Doc. No. 72.

2910311v1/012711

3

| | |
|---|---|
| Dated:  October 15, 2013 | MARC M. SELTZER<br>DAVIDA P. BROOK<br>SUSMAN GODFREY L.L.P.<br><br>WILLIAM R.H. MERRILL (*Pro Hac Vice*)<br>bmerrill@susmangodfrey.com<br>JAMES T. SOUTHWICK *(Pro Hac Vice)*<br>jsouthwick@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002-5096<br>Telephone:  (713) 651-9366<br>Fax:  (713) 654-6666<br><br>THOMAS G. FOLEY<br>ROBERT A. CURTIS<br>JUSTIN P. KARCZAG<br>FOLEY BEZEK BEHLE & CURTIS LLP<br><br>JOHN A. STILLMAN (43731)<br>jstillman@goodwildman.com<br>GOOD WILDMAN HEGNESS & WALLEY<br>5000 Campus Drive<br>Newport Beach, CA  92660<br>Telephone:  (949) 955-1100<br>Fax:  (949) 833-0633<br><br>By  */s/ Marc M. Seltzer*<br>      Marc M. Seltzer<br><br>Attorneys for Plaintiffs |