# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY SCHULEIN, et al.,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>PETROLEUM DEVELOPMENT CORPORATION and DP 2004 MERGER SUB LLC,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER CLAIM | Case No. SACV 11-1891 AG(ANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

2910333v1/012711

Upon the motion of Plaintiffs Jeffrey Schulein and Linda Schulein, as Trustees of the Schulein Family Trust, Christopher J. Rodenfels, as Trustee of the Christopher J. Rodenfels 2000 Revocable Trust, Robert H. Barr and Jane S. Barr, as Trustees for the Robert H. and Jane Barr Trust, Christine L. Cox, as Trustee for the Christine L. Cox Trust, Clay A. Cox, as Trustee for the Clay A. Cox Trust, Matthew S. Goldsmith and Katherine M. Goldsmith, as Trustees of the Matthew Shawn Goldsmith and Katherine Mary Goldsmith Living Trust, Timothy McDonald, William J. McDonald and Judith A. McDonald, as Trustees of the William J. and Judith A. McDonald Living Trust, and William J. Wieseler, as Trustee for the William J. Wieseler Trust's motion for class certification. The Court, having considered the briefs, argument of counsel and all matters presented to the Court and good cause appearing therefor, HEREBY GRANTS the motion and ORDERS as follows:

1. This action is certified as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure;
2. The Class shall consist of all persons and entities who owned limited partnership units in one or more of the following limited partnerships who were cashed out of their limited partnerships units pursuant to merger transactions with defendant DP 2004 Merger Sub LLC:
   - PDC 2002-D Limited Partnership,
   - PDC 2003-A Limited Partnership,
   - PDC 2003-B Limited Partnership,
   - PDC 2003-C Limited Partnership,
   - PDC 2003-D Limited Partnership,
   - PDC 2004-A Limited Partnership,
   - PDC 2004-B Limited Partnership,
   - PDC 2004-C Limited Partnership,
   - PDC 2004-D Limited Partnership,

2910333v1/012711

- PDC 2005-A Limited Partnership,
- PDC 2005-B Limited Partnership, and
- Rockies Region Private Limited Partnership,

Excluded from the Class are defendants and their directors, officers, employees and agents;

3. Plaintiffs are appointed as the Class Representatives;

4. Marc M. Seltzer of Susman Godfrey L.L.P., Thomas G. Foley of Foley Bezek Behle & Curtis LLP, and John Stillman of Good Wildman Hegness & Walley counsel of record are appointed as Class Counsel.

IT IS SO ORDERED.

Dated: _____, 2014

_____
Andrew J. Guilford
UNITED STATES DISTRICT JUDGE

2910333v1/012711